UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAMARTICE, WRIGHT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>B. WILLIAMS,<br><br>　　　　　Respondents. | Case No. 2:18-cv-02136-RCJ-VCF<br><br>**ORDER** |

Petitioner, who is in the custody at the High Desert State Prison, has submitted an application to proceed <u>in forma pauperis</u> (ECF No. 1) and a petition for a writ of habeas corpus. The financial certificate and account statement attached to the petition are from the Saguaro Correctional Center in Arizona. Petitioner will need to provide current financial information.

IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 1) is **DENIED** without prejudice.

///

///

///

///

///

///

1

IT FURTHER IS ORDERED that petitioner shall file another application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall send petitioner a blank application form for incarcerated litigants. In the alternative, petitioner shall make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this order. Petitioner shall have thirty (30) days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

IT FURTHER IS ORDERED that the clerk of the court change petitioner's name to LAMARTICE WRIGHT.

DATED: November 7, 2018.

_____
ROBERT C. JONES
United States District Judge