# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAMARTICE WRIGHT, | Case No. 2:18-cv-02136-RCJ-VCF |
| Petitioner, | **ORDER** |
| v. | |
| B. WILLIAMS, | |
| Respondents. | |

Petitioner having filed a motion for enlargement of time (ECF No. 5), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion for enlargement of time (ECF No. 5) is **GRANTED**. Petitioner will have through April 4, 2019, to file a complete application to proceed in forma pauperis or to pay the filing fee.

DATED: January 14, 2019.

_____
ROBERT C. JONES
United States District Judge

1