# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAMARTICE, WRIGHT,<br><br>    Petitioner,<br><br>    v.<br><br>B. WILLIAMS,<br><br>    Respondents. | Case No. 2:18-cv-02136-RCJ-VCF<br><br>**ORDER** |

    Petitioner having filed a motion for extension of time (first request) (ECF No. 18), and good cause appearing;

    IT THEREFORE IS ORDERED that petitioner's motion for extension of time (first request) (ECF No. 18) is **GRANTED**. Petitioner will have up to and including January 27, 2020, to file a first amended petition.

    DATED: October 31, 2019.

_____
ROBERT C. JONES
United States District Judge

1