# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAMARTICE, WRIGHT,<br><br>        Petitioner,<br><br>    v.<br><br>B. WILLIAMS,<br><br>        Respondents. | Case No. 2:18-cv-02136-RCJ-VCF<br><br>**ORDER** |

    Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 20), and good cause appearing;

    IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 20) is **GRANTED**. Petitioner will have up to and including March 27, 2020, to file a first amended petition.

    DATED: January 30, 2020.

                                                                                      ROBERT C. JONES<br>
                                                                                        United States District Judge