# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAMARTICE, WRIGHT,<br><br>               Petitioner,<br><br>    v.<br><br>B. WILLIAMS,<br><br>               Respondents. | Case No. 2:18-cv-02136-RCJ-VCF<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (third request) (ECF No. 22), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (third request) (ECF No. 22) is **GRANTED**. Petitioner will have up to and including April 27, 2020, to file a first amended petition.

DATED: March 30, 2020.

_____
ROBERT C. JONES
United States District Judge

1