# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAMARTICE, WRIGHT,<br><br>        Petitioner,<br><br>   v.<br><br>B. WILLIAMS,<br><br>        Respondents. | Case No. 2:18-cv-02136-RCJ-VCF<br><br>**ORDER** |

Respondents having filed motions for extension of time (ECF No. 25, 26), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motions for extension of time (ECF No. 25, 26) are **GRANTED**. Respondents will have up to and including September 28, 2020, to file an answer or other response to the first amended petition (ECF No. 24).

DATED: September 22, 2020.

_____
ROBERT C. JONES
United States District Judge

1