# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAMARTICE, WRIGHT, | Case No. 2:18-cv-02136-RCJ-VCF |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 32), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 32) is **GRANTED**. Petitioner will have up to and including December 11, 2020, to file an opposition to respondents' motion to dismiss (ECF No. 28).

DATED: October 21, 2020.

_____
ROBERT C. JONES
United States District Judge