# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAMARTICE, WRIGHT,<br><br>　　　　Petitioner,<br><br>　v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　Respondents. | Case No. 2:18-cv-02136-RCJ-VCF<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 34), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 34) is **GRANTED**.  Petitioner will have up to and including February 9, 2021, to file an opposition to respondents' motion to dismiss (ECF No. 28).

DATED:  December 11, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge