**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LAMARTICE WRIGHT,

            Petitioner,

vs.

B. WILLIAMS, *et al.*,

            Respondents.

Case No. 2:18-cv-02136-RCJ-VCF

**ORDER GRANTING RESPONDENTS'
MOTION FOR ENLARGEMENT OF TIME
TO REPLY TO PETITIONER'S
RESPONSE IN OPPOSITION TO MOTION
TO DISMISS (ECF NO. 39)**

       Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, move this Court for a twenty-eight- (28-) day enlargement of time, or up to and including, Tuesday, March 16, 2021, to file and serve their reply to Petitioner Lamartice Wright's (Wright) response in opposition to motion to dismiss.  ECF No. 36.

       This motion is based on the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other pleadings and materials on file herein.

       This is Respondents' first request for an enlargement of time to respond to Wright's response in opposition to motion to dismiss.  Respondents make this motion in good faith and not for the purpose of unnecessary delay.

**ORDER**

IT IS HEREBY ORDERED that the Motion For Enlargement of Time to Reply to Petitioner's Response in Opposition to Motion to Dismiss (ECF No. 39) is GRANTED.

IT IS SO ORDERED.

_____
ROBERT C. JONES
District Judge

DATED:  February 19, 2021.