UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAMARTICE WRIGHT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　　Respondents. | Case No. 2:18-cv-02136-RCJ-VCF<br><br>**ORDER** |

In this habeas corpus action under 28 U.S.C. § 2254, the court found that petitioner Lamartice Wright has not exhausted his state-court remedies for grounds 2 and 3 of his first amended petition. ECF No. 44. Wright has filed a motion for partial dismissal of those grounds, supported by a declaration of abandonment. ECF No. 45, 46. The motion is unopposed. Good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion for partial dismissal (ECF No. 45) is **GRANTED**. Grounds 2 and 3 of the first amended petition are **DISMISSED**.

///
///
///
///
///

1     IT FURTHER IS ORDERED that respondents will have 60 days from the date of entry of this order to file and serve an answer, which must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner will have 30 days from the date on which the answer is served to file a reply.

DATED: January 3, 2022.

_____
ROBERT C. JONES
United States District Judge