# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAMARTICE WRIGHT,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN WILLIAMS, et al.,<br><br>    Respondents. | Case No. 2:18-cv-02136-RCJ-VCF<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 48), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 48) is **GRANTED**.  Respondents will have up to and including April 15, 2022, to file and serve their answer to the first amended petition (ECF No. 24).

DATED:  March 8, 2022.

ROBERT C. JONES
United States District Judge

1