# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAMARTICE WRIGHT,<br><br>Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:18-cv-02136-RCJ-VCF<br><br>**ORDER** |

Petitioner having filed a motion for extension of time (first request) (ECF No. 51), and good cause appearing;

It is therefore ordered that Petitioner's motion for extension of time (first request) (ECF No. 51) is granted. Petitioner will have up to and including July 15, 2022, to file a reply to respondents' answer to his first amended petition.

Dated: May 16, 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT