# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAMARTICE WRIGHT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KYLE OLSEN, *et al*.<br><br>　　　　　Respondents. | Case No. 2:18-cv-02136-RFB-VCF<br><br>**EXTENSION ORDER** |

　　In this habeas matter, before the Court is Respondents' unopposed motion for an extension of time to file their answer to Petitioner Lamartice Wright's amended petition. ECF No. 69. This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

　　**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 69) is **GRANTED**. Respondents have up to and including August 12, 2025, to file their answer.

　　**DATED:** June 13, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**