# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAMARTICE WRIGHT,<br><br>    Petitioner,<br><br>v.<br><br>KYLE OLSEN, *et al*.<br><br>    Respondents. | Case No. 2:18-cv-02136-RFB-VCF<br><br>**ORDER** |

    Before the Court in this habeas matter is Respondents' unopposed motion for a 7-day extension of time to file their answer to Petitioner Lamartice Wright's amended petition. ECF No. 71. This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

    Therefore, **IT IS ORDERED** that the unopposed motion for extension of time (ECF No. 71) is **GRANTED**. Respondents have up to and including August 19, 2025, to file their answer.

**DATED:** August 14, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**