# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAMARTICE WRIGHT,<br><br>Petitioner,<br><br>v.<br><br>KYLE OLSEN, *et al*.<br><br>Respondents. | Case No. 2:18-cv-02136-RFB-VCF<br><br>**ORDER** |

This habeas matter is before this Court on Petitioner Lamartice Wright's unopposed (ECF No. 75) motion for a 30-day extension of time to file his reply in support of his amended petition. This is Wright's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 75) is **GRANTED *nunc pro tunc***. Wright has up to and including October 20, 2025, to file his reply.

**DATED:** October 8, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**